**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**


FLOYD CORNELL ALLEN
ADC # 88177                                                                                        PLAINTIFF


V.                                              5:08CV00148 HDY


LEE DRAGGS, Deputy, W.C. Brassell Detention
Center; MIKE HURST, Chief, W.C. Brassell Detention Center;
and ED ADAMS, Captain, W.C. Brassell Detention Center           DEFENDANTS


**ORDER**

This case is scheduled for a Pre-Jury Evidentiary Hearing on Monday, March 16, 2009, at

9:30 a.m., in Courtroom 2B of the Richard Sheppard Arnold U.S. Courthouse, in Little Rock,

Arkansas.  Although Plaintiff's Amended Complaint contained a list of potential witnesses, Plaintiff

has not submitted a list of proposed witnesses with the necessary contact information and summary

of their anticipated testimony, the requirement outlined in the Court's Scheduling Order (docket

entry #22).  However, witnesses are not generally permitted, as these hearings have a limited scope.

*See Johnson v. Bi-State Justice Center*, 12 F. 3d 133, 135-36 (8th Cir. 1993).  Plaintiff will have the

opportunity to offer his exhibits at the hearing, where Defendants may have objections to those

documents and records.

The Arkansas Department of Correction is directed to ensure Plaintiff's attendance, along

with his  medical and/or institutional jacket records,  at the hearing scheduled for Monday, March

16, 2009, at 9:30 a.m., in Courtroom 2B of the Richard Sheppard Arnold U.S. Courthouse in Little

1

Rock, Arkansas.

IT IS SO ORDERED this __11__ day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE